United States District Court
Southern District of Texas
FILED

APR 2 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THELMA OLIVAREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.B-04-063 |
| | § | |
| TIME WARNER CABLE, INC., AND | § | |
| BOB CHERRY | § | |

### DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE:

COMES NOW TIME WARNER CABLE, INC. and BOB CHERRY (hereafter "Defendants") and files this their Disclosure of Interest Parties and for such would show as follows:

Plaintiff has sued Bob Cherry and served him by certified mail, return receipt at his place of employment, 822 W. Jackson Street, Harlingen, Texas 78550.

Plaintiff has sued Time Warner Cable, Inc. and served the Registered Agent, C.T. Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201 by certified mail.

Parent, affiliate or subsidiary corporations of Time Warner Cable, Inc. are:

1. Warner Communications, Inc.
2. Time Warner, Inc.
3. TWE Holdings II Trust
4. Comcast Corporation

*Underlined entities are publicly traded securities.*

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878

Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile:  (956) 421-4258

_____
Michael R. Ezell
State Bar No. 06764200
Federal ID No. 2250
**ATTORNEY FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by certified mail on all counsel of record this 20th day of April, 2004.

**DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES**

**Mailed Via CM-RRR #7003 0500 0002 3726 9417**

To:        Miguel Salinas
           **Law Office of Miguel Salinas**
           803 Old Port Isabel Road
           Brownsville, Texas 78521
           (956) 550-1115 Telephone
           (956) 550-1134 Telefax

_____
Michael R. Ezell