United States District Court
Southern District of Texas
FILED

JUN 01 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

THELMA OLIVAREZ §
§
§
vs § CIVIL ACTION B-04-063
§
§
TIME WARNER CABLE, INC. AND BOB CHERRY §

**JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f)**
**FEDERAL RULES OF CIVIL PROCEDURE**

Please restate the instruction before furnishing the information.

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

   **Miguel Salinas, Plaintiff's Attorney**
   **Michael R. Ezell, Defendant's Attorney**

   **The meeting was held on the 28th day of May, 2004 by telephone.**

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   **None**

3. Specify the allegation of federal jurisdiction.

   **Federal Question**

4. Name the parties who disagree and the reasons.

   **The parties do not disagree about jurisdiction.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   **None**

6. List anticipated interventions.

   **None**

7. Describe class-action issues.

**Not applicable**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**The initial disclosures required by Rule 26(a) will be made before initial pretrial conference.**

9. Describe the proposed agreed discovery plan, including:

A. Responses to all the matters raised in Rule 26(f).

**None.**

B. When and to whom the plaintiff anticipates it may send interrogatories.

**Plaintiff will send interrogatories to individual and corporate Defendants within ninety (90) days of the filing of the Joint Discovery/Case Management Plan (the Plan).**

C. When and to whom the defendant anticipates it may send interrogatories.

**Defendants anticipate sending interrogatories to Plaintiff within ninety (90) days of the filing of the Plan.**

D. Of whom and by when the plaintiff anticipates taking oral depositions.

**Plaintiff anticipates taking the deposition of representatives of the corporate Defendant and the deposition of the individual Defendant within one hundred twenty (120) days of the filing of the Plan.**

E. Of whom and by when the defendant anticipates taking oral depositions.

**Defendant anticipates taking the oral deposition of Plaintiff within one hundred twenty (120) days of the filing of the Plan.**

F. When the plaintiff(or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiff will designate experts and file expert reports within one**

   **hundred twenty (120) days of filing the Plan. Defendants will designate responsive experts and will provide their reports within thirty (30) days after Plaintiff designates experts and provides their reports.**

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

**If necessary, Plaintiff will take the deposition of Defendants' experts within forty-five (45) days of their designation by Defendant.**

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

**If necessary Defendants will take the depositions of Plaintiff's experts within forty-five (45) days of their designation by Plaintiff.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**None.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

**None.**

12. State the date the planned discovery can reasonably be completed.

**One hundred eighty (180) days from date of filing the Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**The parties will discuss settlement after discovery is complete.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties will discuss settlement after discovery is complete.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

**Mediation.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **The parties can agree that this case may be tired before a magistrate judge.**

17. State whether a jury demand has been made and if it was made on time.

    **Yes.**

18. Specify the number of hours it will take to present the evidence in this case.

    **Twenty-four (24) hours.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **None.**

20. List other motions pending.

    **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

Counsel for Plaintiff(s)

[signature]

Date 6/1/04

**Miguel Salinas**
**State Bar No. 17534750**
**Fed ID No.15171**
***Law Office of Miguel Salinas***
**803 Old Port Isabel Road**
**Brownsville, Texas 78521**
**(956) 550-1115 Telephone**
**(956) 550-1134 Telefax**

Counsel for Defendant(s)

Date 6/1/04

Michael R. Ezell
State Bar No. 06764200
Federal ID No. 2250
LAW OFFICE OF MICHAEL R. EZELL
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258