# Civil  Courtroom  Minutes



| JUDGE | Hilda G. Tagle |
|---|---|
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |

DATE    06    14    04

TIME    a.m.    a.m.
        3:48    p.m.    3:49    p.m.

CIVIL ACTION    B    04    63

STYLE

THELMA OLIVAREZ

*versus*

TIME WARNER CABLE, INC, ET AL

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY    ■ Initial Pre Trial Conference

(HGT)

Appearances:    Miguel Salinas for Plaintiff

Michael Ezell for Defendants

Comments:

Case called. Counsel agree to proceed before a Magistrate Judge. A 636 consent form was executed by all parties.  Order signed; case transferred to Magistrate Judge Felix Recio.