# UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

THELMA OLIVAREZ §

versus § Civil Action No. B-04-CV-063

TIME WARNER CABLE, INC. ET AL §

United States District Court
Southern District of Texas
FILED

JUN 14 2004

Michael N. Milby
Clerk of Court

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *[signature]* MIGUEL SALINAS | Plaintiff T. Olivarez | 6/14/04 |
| *[signature]* MICHAEL EZELL | Defendants Time Warner Bob Cherry | 6/14/04 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge **Felix Recio** to conduct all further proceedings, including final judgment.

6/14/04
Date

*[signature]*
United States District Judge

**NOTE**: RETURN THIS FORM TO THE CLERK OF THE COURT *ONLY* IF ALL PARTIES HAVE CONSENTED *ON THIS FORM* TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.