# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THELMA OLIVAREZ | * | |
| vs | * | CIVIL ACTION NO. B-04-063 (636(c)) |
| TIME WARNER CABLE, INC., ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

June 30, 2004, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701

**BY ORDER OF THE COURT**

June 16, 2004

cc:   All Counsel