United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

# COURTROOM MINUTES

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Courtroom Deputy:  Sally Garcia
ERO:              Bertha Vasquez
CSO:              Daniel Figueroa

Date:    June 30, 2004, 2:04 p.m. to 2:15 p.m.

| C.A. NO. | B04-063 (636(c)) |
|---|---|
| THELMA OLIVAREZ | * Miguel Salinas |
| Vs. | * |
| TIME WARNER CABLE, INC. | * Michael R Ezell |
| BOB CHERRY | * |

## INITIAL PRETRIAL & SCHEDULING CONFERENCE

Attorneys Salinas and Ezell appeared. Plaintiff's counsel stated the nature of the suit. No motions are pending.

The parties agreed to the docket dates. A scheduling order will be issued.

Estimated time of trial is 2-1/2 to 3 days.