IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § § | |
| vs | § § § § | CASE NO. B-04-063 (636(c)) |
| TIME WARNER CABLE, INC. AND BOB CHERRY | § | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES**, TIME WARNER CABLE, INC. and BOB CHERRY, Defendants and file this their Motion for Extension of Time to Complete Discovery and for such Motion will show the Court as follows:

1.

The discovery deadline in this case is August 30, 2004. On July 12, 2004, Defendants forwarded to Plaintiff their ***Defendant's Time Warner Cable, Inc. and Bob Cherry, First Set of Interrogatories, Request for Production and Request for Admissions to Plaintiff, Thelma Olivarez.*** The response to the same is due on or about August 13, 2004. Also, on July 12, 2004, Defendant's counsel wrote to Plaintiff's counsel requesting that Plaintiff's counsel file initial disclosure pursuant to Rule 26 of the Texas Rules of Civil Procedure prior to the date for filing Motions for Extension of Time to Complete Discovery.

2.

Rule 26 Disclosure has not been made by Plaintiff at this time. Therefore, Defendants have not been advised as to the witnesses that Plaintiff may call or the basic documents that Plaintiff may relying upon in this case. Under the circumstances, Defendants believe that it may not be possible to complete discovery by August 30, 2004. Defendants have requested the deposition of Plaintiff following Plaintiff's response to written discovery but a date for Plaintiff's deposition has not been agreed to. Defendants may need to take additional depositions depending on the witnesses subsequently disclosed by Plaintiff.

**WHEREFORE,** Defendants pray that the discovery deadline in this cause be extended for a period of thirty (30) days and that they have general relief.

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile:  (956) 421-4258

_____
Michael R. Ezell
State Bar No. 06764200
Federal ID No. 2250
***ATTORNEY FOR THE DEFENDANT***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by certified mail on all counsel of record this 26th day of July, 2004.

**Mailed Via CM-RRR #7003 0500 0002 3726 5006**

To:	Miguel Salinas
	***Law Office of Miguel Salinas***
	803 Old Port Isabel Road
	Brownsville, Texas 78521
	(956) 550-1115 Telephone
	(956) 550-1134 Telefax

_____
Michael R. Ezell