UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-063 |
| TIME WARNER CABLE, INC., AND BOB CHERRY | § § § | |

**AVERMENT IN REGARD TO THE
DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The undersigned counsel avers pursuant to Local Rule 7d of the Southern District of Texas that he has sought to consult with the attorney for Plaintiff in regard to the above Motion and has been unable to contact the attorney for Plaintiff, despite leaving telephone requests for consultation in regard to this matter.

Dated: July 28, 2004

Respectfully submitted,

Michael R. Ezell
**LAW OFFICE OF MICHAEL R. EZELL**
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile:  (956) 421-4258

_____
Michael R. Ezell
State Bar No. 06764200
Fed. ID 2250

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was on this the 29th day of July 2004, sent via the indicated methods to:

**Mailed Via CM-RRR #7003 0500 0002 3726 8670**

To:  Miguel Salinas
*Law Office of Miguel Salinas*
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115 Telephone
(956) 550-1134 Telefax

_____
Michael R. Ezell