IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 07 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § § | |
| vs | § § § | CASE NO. B-04-063 (636(c)) |
| TIME WARNER CABLE, INC. AND BOB CHERRY | § § | |

ORDER GRANTING
DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

BE IT REMEMBERED that on the 7th day of September, 2004, came on for consideration the Defendants, Time Warner Cable, Inc. and Bob Cherry's **Defendant's Motion for Extension of Time to Complete Discovery** in the above referenced case, and the Court being of the opinion that the same should be GRANTED, it is, accordingly,

**ORDERED** that Defendants, Time Warner Cable, Inc. and Bob Cherry, be and are hereby permitted an extension of time for the completion of all discovery, until the 4th day of October, 2004.

**SIGNED FOR ENTRY** this 7th day of September, 2004.

_____
United States Magistrate Judge Felix Recio