UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § | |
| vs. | § § § | C. A. NO. B04-063 (636(c)) |
| TIME WARNER CABLE, INC. AND BOB CHERRY | | |

### ORDER GRANTING DEFENDANT'S, TIME WARNER CABLE, INC. and BOB CHERRY, MOTION FOR PARTIAL SUMMARY JUDGMENT

**IT IS HEREBY ORDERED** that Defendants', Time Warner Cable, Inc. and Bob Cherry, Motion for Partial Summary Judgment filed herein be **GRANTED**, it is accordingly,

**ORDERED** that Defendants', Time Warner Cable, Inc. and Bob Cherry, Motion for Partial Summary Judgment be **GRANTED** and this case is dismissed as to claims of Plaintiff against Defendants, Time Warner Cable, Inc. and Bob Cherry claiming discrimination and retaliation under the Texas Commission on Human Rights Act.

**DONE** at _____, on the ____ day of _____, 2004.

_____
Judge Presiding