IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 16 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| THELMA OLIVAREZ § | |
| § | |
| vs § | CASE NO. B-04-063 |
| § | |
| TIME WARNER CABLE, INC. AND BOB CHERRY § | |

## MOTION FOR EXTENDING DEADLINE FOR MOTIONS AND MOTION HEARING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES,** Plaintiff THELMA OLIVAREZ and Defendants TIME WARNER CABLE, INC. and BOB CHERRY and move the Court to extend certain Deadlines set out in the Rule 16 F.R.C.P. Scheduling Order of June 30, 2004, in this cause.

1. The Court has recently extended the discovery deadline in this cause to October 4, 2004. The Plaintiff's deposition has been taken but was not able to be completed because certain additional documents needed to be produced.

2. The motion deadline in this cause of September 15, 2004, and the Motion Hearing date is October 4, 2004. Defendants require additional time to complete their Motion for Summary Judgment to be filed in this cause and request that the motion deadline be extended to a time approximately one week following the date for the completion of discovery. Plaintiff's counsel is on vacation on the date presently scheduled for the Motions Hearing of October 4, 2004. Therefore, delaying the date for hearing motions in this cause is also requested to a date later in October, 2004,

which is convenient to the Court.

3. Granting this Motion will not necessitate any change in the subsequently scheduled dates in this case such as the Joint Pretrial Order due on November 15, 2004, or the subsequent Final Pretrial Conference and Jury Selection.

4. Defendant is filing this date its Motion for Partial Summary Judgment. Defendant anticipates filing an Amended Motion for Partial Summary Judgment after the completion of the Plaintiff's deposition.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff and Defendants pray that the foregoing Motion be granted and that the dates for the Motion Deadline the Motion Hearing in the above referenced entitled and numbered cause be extended as set forth above.

Respectfully submitted,

Michael R. Ezell
*LAW OFFICE OF MICHAEL R. EZELL*
312 E. Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone: (956) 425-2000
Facsimile: (956) 421-4258

*/s/ Michael Ezell by perm*
Michael R. Ezell
State Bar No. 06764200
Fed. ID 2250

Miguel Salinas
*Law Office of Miguel Salinas*
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115 Telephone
(956) 550-1134 Facsimile

*/s/ Miguel Salinas*
Miguel Salinas
State Bar No. 17534750
Fed. ID 15171