IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § § | |
| vs | § § | CASE NO. B-04-063 |
| TIME WARNER CABLE, INC. AND BOB CHERRY | § § § | |

ORDER EXTENDING MOTION DEADLINE AND RESETTING DATE OF MOTIONS HEARING

There having been presented to the Court a MOTION FOR EXTENDING DEADLINE FOR MOTIONS and the Court finding the same is proper it is

**ORDERED** that the Rule 16 F.R.C.P. Scheduling Order of June 30, 2004, is hereby amended to provide that the Motion Deadline in this cause will be October ____, 2004, and that Hearings on Motions shall be held on October ____, 2004, and otherwise the Rule 16 F.R.C.P. Scheduling Order of June 30, 2004, remains in effect.

Signed this _____ day of _____, 2004.

United States Magistrate Judge Felix Recio