IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 16 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § § | |
| vs | § § | CASE NO. B-04-063 |
| | § § | (636(c)) |
| TIME WARNER CABLE, INC. AND BOB CHERRY | § | |

### ORDER EXTENDING MOTION DEADLINE AND RESETTING DATE OF MOTIONS HEARING

There having been presented to the Court a MOTION FOR EXTENDING DEADLINE FOR MOTIONS and the Court finding the same is proper it is

ORDERED that the Rule 16 F.R.C.P. Scheduling Order of June 30, 2004, is hereby amended to provide that the Motion Deadline in this cause will be October 18, 2004, and that Hearings on Motions shall be held on October 28, 2004 at 2:00 p.m., and otherwise the Rule 16 F.R.C.P. Scheduling Order of June 30, 2004, remains in effect.

Signed this 16th day of September, 2004.

United States Magistrate Judge Felix Recio