IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § § | |
| vs | § § § | CASE NO. B-04-063 (636(c)) |
| TIME WARNER CABLE, INC. AND BOB CHERRY | § § | |

ORDER GRANTING
DEFENDANTS' TIME WARNER CABLE, INC. AND BOB CHERRY MOTION
FOR PARTIAL JUDGMENT ON THE PLEADINGS

BE IT REMEMBERED that on the 28th day of October, 2004, came on for consideration the Defendants, Time Warner Cable, Inc. and Bob Cherry's ***Defendant's Time Warner Cable, Inc. and Bob Cherry Motion for Partial Judgment on the Pleadings*** in the above referenced case, and the Court being of the opinion that the same should be GRANTED, it is, accordingly,

**ORDERED** that Plaintiff's pleading of intentional infliction of emotional distress is stricken and Plaintiff's claim therefor is dismissed.

**SIGNED FOR ENTRY** this ____ day of _____, 2004.

_____
United States Magistrate Judge Felix Recio