```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    S Garcia
ERO                :    D Ahumada
CSO                :    R Harolson
Law Clerk          :    J Scott
Interpreter        :    not needed
Date               :    October 28, 2004 at 2:30 p.m.
```

United States District Court
Southern District of Texas
FILED

OCT 28 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-04cv63

Thelma Olivarez                *         M Salinas

vs                             *

Time Warner Cable              *         M Ezell

---

### MOTION HEARINGS

M Salinas not present;
M Ezell present for Time Warner Cable;

Motion hearings before the Court;

The Court will take a small break to allow M Salinas to arrive;
Court adjourned 2:35 p.m.;

Court resumes 2:40 p.m.;

The Court addresses Mr Ezell as to the eletronic filing system;
The Court has determined that this hearing be passed;

Mr Ezell states Joint Pretrial Order is due and requests the order be changed to a later date;
The Court resets Joint Pretrial Order to be due on November 29, 2004;
Court adjourned.