United States District Court
Southern District of Texas
FILED

NOV 16 2004

Michael N. Milby
Clerk of Court

# COURTROOM MINUTES

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

LAW CLERK:       Jason Scott

Date:            Nov. 15, 2004, 2:00 p.m.

## C.A. NO.   B04-063 (636(c))

| THELMA OLIVAREZ | * | Miguel Salinas |
| Vs. | * | |
| TIME WARNER CABLE, INC. | * | Michael R Ezell |
| BOB CHERRY | * | " |

## CHAMBERS STATUS CONFERENCE

Attorneys Salinas and Ezell appeared.

The parties informed the Court that they are contemplating mediation. The Court orders the parties to mediate before attorney Arturo C. Nelson on December 13, 2004, at 1:30 p.m.

Attorney Salinas informed the Court that Plaintiff intends to withdraw the intentional infliction of emotional distress claim pending the outcome of the mediation.

The parties requested that the Court not rule on the pending Motions for Summary Judgment until after mediation. The Court cancels the scheduling order. The docket deadlines are suspended.

If the parties do not settle this cause of action, a new scheduling order will be issued.