

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THELMA OLIVAREZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-063 |
| | § | (636(c)) |
| TIME WARNER CABLE, INC. and | § | |
| BOB CHERRY, | § | |
| Defendants. | § | |

### ORDER OF REFERRAL TO MEDIATION

It is ORDERED that this case be referred to mediation and that Mr. Arturo C. Nelson be appointed mediator. The mediation shall take place on **DECEMBER 13, 2004** at **1:30 PM** in the law offices of Arturo C. Nelson located at **3050 Boca Chica Blvd., Suite 434, Brownsville, Texas**.

It is FURTHER ORDERED that the Scheduling Order (Docket No. 10) previously issued in this matter is hereby cancelled pending the outcome of mediation. Accordingly, all deadlines established in the Scheduling Order are suspended. Should the parties fail to reach a settlement during mediation a new scheduling order will be entered.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this the 15th day of November, 2004.

Felix Recio
United States Magistrate Judge