United States District Court
Southern District of Texas
FILED

MAR 21 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THELMA OLIVAREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-063 |
| | § | |
| TIME WARNER CABLE, INC. AND | § | |
| BOB CHERRY | § | |

## MEDIATION REPORT

This will confirm that mediation was held on Friday, February 25, 2005 on the above referred to case. I am glad to report that mediation was successful and that the above referred to case has settled.

Respectfully submitted,

_____
A. C. Nelson, Mediator
State Bar No.: 14885600
LAW OFFICE OF A. C. NELSON
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 541-3601