Case 1:04-cv-00063   Document 24   Filed in TXSD on 04/25/2005

United States District Court
Southern District of Texas
FILED

APR 2 5 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THELMA OLIVAREZ | § § | |
| vs. | § § | CIVIL ACTION NO. B04-063 (636(c)) |
| TIME WARNER CABLE, INC. AND BOB CHERRY | | |

### AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE:

**NOW COMES**, Plaintiff, Thelma Olivarez, in the above-styled and numbered cause, and moves to dismiss its claim asserted in this lawsuit against Defendants, Time Warner Cable, Inc. and Bob Cherry, herein, and in support thereof would respectfully show the Court as follows, to-wit.

1.

Plaintiff and Defendants have settled this case and therefore, Plaintiff moves that this lawsuit be dismissed with prejudice to Plaintiff's right to refile same and court costs to be paid by the party incurring the same.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Thelma Olivarez, respectfully prays that its cause of action asserted in this cause against Defendants, Time Warner Cable, Inc. and Bob Cherry, be in all things dismissed with prejudice to the right of the Plaintiff to refile the same and court costs to be paid by the party incurring the same.

**APPROVED AND AGREED TO:**

Miguel Salinas
*LAW OFFICES OF MIGUEL SALINAS*
803 Old Port Isabel Road
Brownsville, Texas 78521
Telephone:   (956) 550-1115
Facsimile:     (956) 550-1134

_____
Miguel Salinas
State Bar No.: 17534750

**ATTORNEY FOR PLAINTIFF, THELMA OLIVAREZ**


Michael R. Ezell
*LAW OFFICE OF MICHAEL R. EZELL*
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78551
Telephone:   (956) 425-2000
Facsimile:     (956) 421-4258

_____
Michael R. Ezell
State Bar No.: 06764200

**ATTORNEY FOR DEFENDANTS, TIME WARNER CABLE, INC. AND BOB CHERRY**