## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **THELMA OLIVAREZ** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B04-063** |
| | § | **(636(c))** |
| **TIME WARNER CABLE, INC.** | | |
| **AND BOB CHERRY** | | |

---

### AGREED ORDER TO DISMISS WITH PREJUDICE

---

**ON THIS DAY**, came on to be considered the Agreed Motion to Dismiss with Prejudice by the Plaintiff and Defendants. The Court being of the opinion that such Motion should be granted, it is, accordingly,

**ORDERED** that the Agreed Motion to Dismiss with Prejudice be and the same is hereby **GRANTED**, and the causes of action asserted by Plaintiff, Thelma Olivarez, herein, against, Defendants, Time Warner Cable, Inc. and Bob Cherry, herein, be and the same is hereby **DISMISSED** with prejudice to the right of Plaintiff to refile the same and court costs to be paid by the party incurring the same.

**SIGNED FOR ENTRY** this _____ day of _____ 2005.

_____
JUDGE PRESIDING

C:\General\mike\time warner-cherry.olivarez agreed order of dismissal with prejudice\edit